# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROGELIO TAMAYO, et al., | Case No. 2:16-cv-00824-GMN-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 8) |
| J.P. MORGAN CHASE BANK, N.A., | |
| Defendant(s). | |

Pending before the Court is a notice of Federal Rule of Civil Procedure 26(f) conference filed by Defendant. Docket No. 8. Discovery documents must not be filed unless the Court orders otherwise. LR 26-8. No such order has been entered by the Court in this case. Because the above document was filed in violation of Local Rule 26-8, it shall be **STRICKEN** by the Clerk.

The Court **ORDERS** counsel to cease filing discovery documents on the docket. Failure to abide by this order and Local Rule 26-8 may result in sanctions. *See, e.g.*, LR IA 11-8; Fed.R.Civ.P. 16(f).

IT IS SO ORDERED.

DATED: June 14, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge