# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TERESITA TAMAYO, et al., | ) | Case No. 2:16-cv-00824-GMN-NJK |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER |
| JPMORGAN CHASE BANK, N.A., | ) | (Docket No. 10) |
| Defendant(s). | ) | |

Pending before the Court is Defendant's proposed discovery plan.[1] Docket No. 10. LR 26-1(a) requires discovery plans to be submitted jointly. The present discovery plan was not filed jointly and, therefore, it is **DENIED**.

Plaintiffs are **ORDERED** to meet and confer with counsel for Defendant, in compliance with the Court's Local Rules, with regard to a joint proposed discovery plan. The parties must file a joint proposed discovery plan, no later than July 15, 2016. The Court reminds Plaintiffs that they are required to abide by all Federal and Local Rules of Procedure. *See Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995). Failure to do so may result in sanctions.

IT IS SO ORDERED.

DATED: July 5, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Local Rules of Practice were amended effective May 1, 2016. General Order 2016-01. Defendant's proposed discovery plan cites the prior version of the Local Rules of Practice. *See, e.g.*, Docket No. 10 at 1 (citing LR 26-1(e), which no longer exists). The amended LR 26-1 places additional requirements on discovery plans, including those in LR 26-1(b)(7), (8), and (9). Defendant's discovery plan fails to comply with these requirements.