# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROGELIO TAMAYO, et al., <br><br>　　　　　Plaintiff(s), <br><br>v. <br><br>J.P. MORGAN CHASE BANK, N.A., <br><br>　　　　　Defendant(s). | Case No. 2:16-cv-00824-GMN-NJK <br><br>**ORDER** <br><br>(Docket No. 30) |

Currently before the Court is Plaintiffs' response to the Court's September 22, 2016 order to show cause. Docket No. 30. Plaintiffs submit that they have had difficulty meeting and conferring with Defendant because of conflicting work schedules and because Defendant's counsel has insisted that the Local Rules require that they meet in person, rather than conferring by telephone. Docket No. 30 at 2. The Court reminds Defendant's counsel that under the Local Rules, "meet and confer" may be satisfied through direct dialogue and discussion in a telephone conference, LR IA 1-3.

Accordingly, for good cause shown, the Court hereby **DISCHARGES** the order to show cause, Docket No. 27. The Court further **ORDERS** the parties to meet and confer, as the Local Rules require, and to submit a joint proposed discovery plan no later than **October 4, 2016**. Failure to comply with this order may result in an order to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

Dated: September 28, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge