1  Kent F. Larsen, Esq.
   Nevada Bar No. 3463
2  SMITH LARSEN & WIXOM
   Hills Center Business Park
3  1935 Village Center Circle
   Las Vegas, Nevada 89134
4  Tel: (702) 252-5002
   Fax: (702) 252-5006
5  Email: kfl@slwlaw.com
   Attorneys for
6  JPMorgan Chase Bank, N.A., and
   Select Portfolio Servicing, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERESITA TAMAYO<br>ROGELIO TAMAYO<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.<br>(CHASE)<br><br>　　　　Defendant. | Case No. 2:16-cv-00824-GMN-NJK<br><br>**STIPULATION AND ORDER<br>DISMISSING CLAIMS, WITH<br>PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Teresita Tamayo and Rogelio Tamayo, Plaintiffs in proper person, and JPMorgan Chase Bank, N.A. ("Chase"), and Select Portfolio Servicing, Inc. ("SPS"), by the through their counsel of record, as follows:

(1)  all claims of Plaintiffs asserted, or which could have been asserted, by Plaintiffs against Chase and/or SPS in this action shall be dismissed **with** prejudice;

(2)  the parties hereto shall each bear their own costs and attorneys' fees incurred in connection with this action; and,

/ / /
/ / /
/ / /
/ / /
/ / /

(3)     Consistent with the foregoing, all pending noticed and served discovery is hereby vacated, which discovery includes, without limitation, the depositions of Plaintiffs now scheduled for January 11, 2017, the written discovery due from Plaintiffs to Chase on January 3, 2017 (to which no responses have been served by Plaintiffs), and the written discovery to Chase and SPS which is scheduled for responses to Plaintiffs on January 17, 2017.

SMITH LARSEN & WIXOM

*/s/ Kent F. Larsen*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:    (702) 252-5002
Fax:   (702) 252-5006
Attorneys for
*JPMorgan Chase Bank, N.A.
and Select Portfolio Servicing, Inc.*

Dated: January  11 , 2017

*/s/ Teresita Tamayo*
Teresita Tamayo
511 Los Dolces Street
Las Vegas, Nevada 89138
Tel:    (702) 461-8217
Fax:   (702) ___ - ____
Plaintiff in Proper Person

Dated: January  10 , 2017.

*/s/ Rogelo Tamayo*
Rogelo Tamayo
511 Los Dolces Street
Las Vegas, Nevada 89138
Tel:    (702) 461-8217
Fax:   (702) ___ - ____
Plaintiff in Proper Person

Dated: January  10, 2017.

## ORDER

IT IS SO ORDERED this  12  day of  January , 2017.

_____
UNITED STATES DISTRICT JUDGE